# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY SPEARMEN**                                                                  **PLAINTIFF**

**V.**                      **NO. 4:22-cv-00162-KGB-ERE**

**K. NEWBRON,** *et al.*                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation for the dismissal of Plaintiff Gary Spearman's claims has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.**     **Discussion**

On February 17, 2022, Mr. Spearman, an inmate at the Pulaski County Detention Facility, had this multi-plaintiff § 1983 *pro se* lawsuit filed on his behalf. *Doc. 1*.

Mr. Spearman did not file an application for leave to proceed *in forma pauperis* (IFP) including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Mr. Spearman also failed to sign his Complaint, as required by Local Rule 5.5(c)(2),[1] Federal Rule of Civil Procedure 11(a),[2] and this Court's Initial Order. *Doc. 2*.

On February 23, 2022, the Court ordered Mr. Spearman to: (1) return a completed IFP application or pay the filing fee, and (2) return a signed Complaint, within thirty (30) days. *Doc. 2*. The Order specifically advised Mr. Spearman that if he failed to comply, this lawsuit would be dismissed. *Id. at 3*.

On March 3, 2022, mail sent to Mr. Spearman from the Court was returned as "undeliverable." *Doc. 3*. On March 7, 2022, the Court ordered Mr. Spearman to notify the Court of his current address within thirty (30) days or risk dismissal of his Complaint. *Doc. 4*. To date, he has not responded to the Court's March 7 Order.

Mr. Spearman has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 2*. As a result, the Court has no way to communicate with Mr. Spearman regarding his lawsuit.

---

[1] As explained in the Court's initial order, Local Rule 5.5(c)(2) specifically provides that plaintiffs who are not represented by a lawyer "must sign all pleadings and other papers filed with the Court." *Doc. 3*.

[2] Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."

## III. <u>Conclusion</u>

The Court recommends that Mr. Spearman's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) comply with Federal Rule of Civil Procedure 11(a); (3) respond to the Court's February 23 and March 7, 2022 Orders; and (4) prosecute this lawsuit.

DATED this 11th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE